IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**SEAN S. FERRARA and KAREN FERRARA,**

    **Plaintiffs,**

v.                     CASE NO.:  3:09CV94/MCR/MD

**UNITED STATES FLAG AND TOUCH FOOTBALL LEAGUE,**

    **Defendant.**

## MEDIATION STATUS REPORT

The undersigned mediator in the above styled cause reports to the Court:

1. A mediation conference has been conditionally scheduled for **Monday, December 14, 2009, at 9:00 A.M., CST, in my office at 817 North Palafox Street, Pensacola, Florida.** This date is subject to compliance by the parties with the terms and conditions of my engagement letter.

2. A Mediation Results Report will be filed with the Court upon the completion of mediation.

    DATED THIS 2ND DAY OF SEPTEMBER, 2009.

                                  CHARLES L. CETTI
                                  Florida Bar No. 094164
                                  817 N. Palafox Street
                                  Pensacola, Florida 32501
                                  (850) 438-4036
                                  Mediator

Courtesy copy to:
Hon. M. Casey Rodgers
Wm. Jemison Mims, Jr., Esquire
Troy A. Rafferty, Esquire
Millard L. Fretland, Esquire

09 SEP -8 PM 3:58

FILED