092088

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SEAN S. FERRARA and KAREN
FERRARA,

  Plaintiffs,

v.                                                                                   CASE NO.: 3:09 cv 94/MCR/MD

UNITED STATES FLAG AND
TOUCH FOOTBALL LEAGUE,

  Defendant.
_____/

## AGREED MOTION TO LIMIT ISSUES FOR, AND NATURE OF TRIAL

COMES NOW, Defendant UNITED STATES FLAG AND TOUCH FOOTBALL LEAGUE, who moves the Court for an order regarding the future handling and trial of this case. In support hereof, Defendant would show:

1. That this action is one for negligence which allegedly caused Plaintiff SEAN FERRARA injury during a football game sanctioned by the Defendant.

2. That the parties have reached certain agreements in regard to limiting the issues remaining in this case and regarding discovery and the ultimate trial to be held herein.

3. That as a result, Defendant moves the Court for an order as follows:

  a. That the case shall be tried to the Court without a jury.

b.  At the trial, the only issue for the Court's determination will be whether the language of the team roster for the football game in question relieves the Defendant of liability for the injuries and damages sustained by Plaintiffs.

c.  Future discovery in the case shall be limited to the issue of whether the language of the team roster for the football game in question relieves the Defendant of liability for the injuries and damages sustained by Plaintiffs. All such discovery shall be accomplished within the current discovery deadline imposed by prior order of the Court unless an extension of that deadline is granted by the Court.

d.  Trial before the Court shall be held no later than the currently scheduled trial date of July 19, 2010.

WHEREFORE, Defendant prays that the Court enter an order imposing the elements of paragraph 3 (a-d) as set forth above.

## CERTIFICATE OF COUNSEL CONFERENCE

Pursuant to the Local Rules of the Northern District of Florida, counsel for Defendant has conferred with Plaintiffs' counsel in an attempt to secure agreement to the relief sought in this motion. Plaintiffs' counsel agrees to the relief sought herein.

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following: Troy A. Rafferty, Esquire, Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A., Post Office Box 12308, Pensacola, FL 32591.

CASE NO. 2009 CA 000225

<u>s/ **MILLARD L. FRETLAND**</u>

CONROY, SIMBERG, GANON,
KREVANS, ABEL, LURVEY, MORROW,
& SCHEFER, P.A.
Florida Bar No. 371671
Attorney for Defendant
125 West Romana Street
Suite 150
Pensacola, FL 32502
Phone: (850) 436-6605
Fax: (850) 436-2102