092088

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SEAN S. FERRARA and KAREN FERRARA,

Plaintiffs,

v.  CASE NO.: 3:09 cv 94/MCR/MD

UNITED STATES FLAG AND
TOUCH FOOTBALL LEAGUE,

Defendant.
_____/

## AGREED MOTION TO EXTEND DISCOVERY AND EXPERT WITNESS DISCLOSURE DEADLINES

COMES NOW, Defendant UNITED STATES FLAG AND TOUCH FOOTBALL LEAGUE, who moves the Court for an order extending the current discovery deadline of December 13, 2009 and the associated expert witness disclosure deadlines. In support hereof, Defendant would show:

1. That the Court by order of October 14, 2009, granted the Defendant's motion to limit the issues for trial.

2. That notwithstanding the limited issues remaining for trial, discovery as to the remaining trial issues continues and depositions in this regard have been set into January, 2010 due to difficulties locating witnesses and due to the calendars of counsel.

3. That as a result, Defendant moves the Court for an order extending the discovery deadline in this case to February 1, 2010.

4. Also, Defendant moves the Court for an order extending the Plaintiffs' expert witness disclosure deadline to December 1, 2010 and the Defendant's expert disclosure deadline to January 1, 2010.

5. The extensions requested herein will not affect the trial date in July 2010.

WHEREFORE, Defendant prays that the Court enter an order extending discovery through February 1, 2010, extending the time for Plaintiffs to disclose experts to December 1, 2010 and the time for Defendants to disclose experts to January 1, 2010.

### CERTIFICATE OF COUNSEL CONFERENCE

Pursuant to the Local Rules of the Northern District of Florida, counsel for Defendant has conferred with Plaintiffs' counsel in an attempt to secure agreement to the relief sought in this motion. Plaintiffs' counsel agrees to the relief sought herein.

### CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following: Troy A. Rafferty, Esquire, Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A., 316 South Baylen Street, Suite 600, Pensacola, FL 32501.

CASE NO. 2009 CA 000225

<u>s/ MILLARD L. FRETLAND</u>

CONROY, SIMBERG, GANON,
KREVANS, ABEL, LURVEY, MORROW,
& SCHEFER, P.A.
Florida Bar No. 371671
Attorney for Defendant
125 West Romana Street
Suite 150
Pensacola, FL 32502
Phone: (850) 436-6605
Fax: (850) 436-2102

3