**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

SEAN S. FERRARA
and KAREN M. FERRARA

    VS                                                         CASE NO.  3:09cv94/MCR/MD

UNITED STATES FLAG AND TOUCH
FOOTBALL LEAGUE

**NOTICE**

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

Place:        United States Courthouse
                  One North Palafox Street
                  Pensacola, Florida 32502-5658

Room No:    Chambers, 4 North

Date:         May 5, 2010

Time:        9:00 AM (CDT)

Type of Proceeding:  Attorney Conference before the Honorable M. Casey Rodgers

**NOTE:**
**If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the Clerk's office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.**

                                              WILLIAM M. McCOOL, CLERK OF COURT

May 4, 2010
DATE                                                 Deputy Clerk: Kathy Rock