# United States District Court
## CIVIL MINUTES - GENERAL

Time Commenced: 8:58 am  
Time Concluded: 9:09 am  

Case #: 3:08cv92/MCR  
Date: March 12, 2010

DOCKET ENTRY: **Attorney Conference**

Written order to follow resetting trial date from July 19, 2010 to July 12, 2010 and denying motion for summary judgment.

PRESENT: HONORABLE **M. CASEY RODGERS**, JUDGE

Susan Simms — Deputy Clerk  
Gwen Kesinger — Court Reporter

Style of Case: **Sean S. Ferrara and Karen M. Ferrara v. United States Flag and Touch Football League**

Attorneys present for plaintiff: Troy Rafferty

Attorneys present for defendant: Millard Fretland

**PROCEEDINGS:**

| Time | Event |
|---|---|
| 8:58 am | Conference begins<br>Court addresses plaintiffs' motion for summary judgment [#45] |
| 9:00 | Plaintiff (Rafferty) states agreement between parties; Defendant (Fretland) addresses agreement and legal issues |
| 9:02 | Court responds re: factual issue/trial/legal issue; Plaintiff (Rafferty) responds |
| 9:04 | Court will reset bench trial and counsel can argue legal issue at conclusion of trial; counsel respond |
| 9:06 | Court inquiry re: length of trial; counsel respond - 2 days; Court will reset bench trial for July 12, 2010<br>Court will deny motion for partial summary judgment without prejudice to raise issue for court to decide at trial; counsel respond |
| 9:08 | Court will also set a pretrial conference; counsel respond |
| 9:09 | Conference ends |

Filed in Open Court

5-05-2010  
Initials of Deputy Clerk   sps