**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**SEAN S. FERRARA and
KAREN M. FERRARA,**

       **Plaintiffs,**

v.                                     **Case No. 3:09cv94/MCR/MD**

**UNITED STATES FLAG AND
TOUCH FOOTBALL LEAGUE,**

       **Defendant.**
_____/

## ORDER AND NOTICE

The court held an attorney conference in this case on May 5, 2010. Present were Troy Alan Rafferty for the plaintiffs and Millard Lane Fretland for the defendant. This order memorializes the matters discussed and agreed to during the conference. Pending before the court is a motion for partial summary judgment (doc. 45) filed by the plaintiffs, Sean and Karen Ferrara, against Defendant United States Flag and Touch Football League. Defendant opposes the motion and asks for summary judgment in its favor (doc. 48), and plaintiffs filed a reply (doc. 55). The court deems it most efficient to deny the motion for partial summary judgment at this time without prejudice to the parties raising the legal issue contained therein at trial and arguing its merits at the close of trial.

Accordingly, it is hereby ORDERED:

1. Plaintiffs' motion for partial summary judgment (doc. 45) is DENIED without prejudice to the legal issue therein being raised at trial.

      2.     By separate order, trial will be rescheduled for two days commencing on Monday, July 12, 2010.  Any party with a conflict may file a notice to that effect within 14 days of this order for the court's consideration.

      **DONE and ORDERED** this 5th day of May, 2010.

      *s/ M. Casey Rodgers*
      **M. CASEY RODGERS**
      **UNITED STATES DISTRICT JUDGE**