**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

SEAN S. FERRARA, et al.

     VS                                      CASE NO. 3:09cv94-MCR/MD

UNITED STATES FLAG AND TOUCH
FOOTBALL LEAGUE

**REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on May 18, 2010
Motion/Pleadings: STIPULATED MOTION TO USE DEPOSITIONS AT TRIAL
Filed by plaintiffs     on 5/18/2010     Doc.# 60
RESPONSES:
                      on       Doc.#
                      on       Doc.#

| X | Stipulated | | Joint Pldg. |
|---|---|---|---|
| | Unopposed | | Consented |

WILLIAM M. McCOOL, CLERK OF COURT

/s/ *C. Justice*
LC (1 OR 2)          Deputy Clerk

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 20th day of May, 2010, that:*

*The relief requested is GRANTED. Consistent with the Order for Pretrial Conference, depositions to be used at trial shall be identified and filed along with the pretrial stipulation no later than June 25, 2010. Counsel shall also provide a printed copy of such depositions to the undersigned by said date.*

/s/ *M. Casey Rodgers*
*M. CASEY RODGERS*
*United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.