**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

SEAN S. FERRARA and
KAREN M. FERRARA,

    Plaintiffs,

vs.                                        CASE NO.: 3:09cv94/MCR/MD

UNITED STATES FLAG AND
TOUCH FOOTBALL LEAGUE,

    Defendant.
_____/

**ORDER AMENDING TRIAL SCHEDULE**

    This matter was previously scheduled for trial commencing July 12, 2010.  Due to unforeseen changes on the undersigned's calendar, the trial of this case must be continued.  The parties have confirmed availability for trial the week of August 30, 2010.  Accordingly, the Order for Pretrial Conference (doc. 59) is amended as follows:

    1.    The trial of this case shall begin on **Tuesday, August 31, 2010**.  The court has reserved three days for this bench trial.

    2.    A pretrial conference will be held on **Thursday, August 19, 2010**, at **5:00 PM**, in Courtroom 4 North.

    3.    The attorney's conference required by paragraph II of the Order for Pretrial Conference shall be held no later than **July 26, 2010**.

    4.    The pretrial stipulation and other papers required by paragraphs III and IV of the Order for Pretrial Conference shall be filed no later than **August 9, 2010**.

    5.    All other provisions of the Order for Pretrial Conference remain unchanged.

    **SO ORDERED** this 21st day of June, 2010.

                                                  *s/ M. Casey Rodgers*
                                                  **M. CASEY RODGERS
                                                 UNITED STATES DISTRICT JUDGE**